UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIO MISAEL ORELLANA REYES,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN et al.,<br><br>Respondents. | Case No. 3:26-cv-01756<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

The government is ordered to file a response by 12 p.m. on Monday, March 2, 2026. If required, a hearing will be scheduled for 3 p.m. on Monday, March 2, 2026. The government is prohibited from deporting the petitioner or removing him from the district while the TRO application is pending.

**IT IS SO ORDERED.**

Dated: March 1, 2026

_____
VINCE CHHABRIA
United States District Judge