UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIO MISAEL ORELLANA REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>        Defendants. | Case No. 26-cv-01756-CRB (VC)<br><br>**ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

    The petitioner is ordered to file a response by 6 p.m. today, Monday, March 2, 2026. If required, a hearing will be scheduled for tomorrow, Tuesday, March 3, 2026. The government is reminded that it is prohibited from deporting the petitioner while the TRO application is pending.

    **IT IS SO ORDERED.**

Dated: March 2, 2026

VINCE CHHABRIA
United States District Judge