UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIO MISAEL ORELLANA REYES,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Defendants. | Case No. 26-cv-01756-CRB   (VC)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 2, 3 |

For the reasons discussed on the record, the motion for temporary restraining order is denied.

The petitioner's motion for preliminary injunction is due on March 13, 2026. The government's opposition is due on March 20, 2026. A hearing on the motion will be set for March 26, 2026.

As discussed at the hearing, the government is ordered not to deport the petitioner until the motion for preliminary injunction is adjudicated.

**IT IS SO ORDERED.**

Dated: March 3, 2026

VINCE CHHABRIA
United States District Judge