UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIO MISAEL ORELLANA REYES,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No.  26-cv-01756-CRB   (VC)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR EXTENSION**<br><br>Re: Dkt. No. 19 |

The government's opposition to the administrative motion at Dkt. No. 19 is due by midnight today, March 12, 2026.

The deadline for the petitioner to submit the motion for preliminary injunction is extended to Monday, March 16, 2026.

**IT IS SO ORDERED.**

Dated: March 12, 2026

VINCE CHHABRIA
United States District Judge